IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
JUL 1 1 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CRIMINAL NO. 94-30052-WDS |
| RALPH C. SOLIS, a.k.a. "Cruz," a.k.a. "Gucci" or "Gooch," | ) ) ) ) |
| Defendant. | ) |

## FINAL ORDER FOR FORFEITURE PURSUANT TO FED.R.CRIM.P. 32.2 WITH RESPECT TO PROCEEDS OF $4,000,000.00

In the Second Superseding Indictment filed in the above cause on June 18, 1998, the United States sought forfeiture of property of defendant, Ralph C. Solis, pursuant to 21 U.S.C. § 853(a). The court, upon consideration of the guilty plea received in this matter, hereby finds by a preponderance of evidence that the following property is forfeitable and hereby orders forfeited the following property which the defendant admits constitutes proceeds of the offenses to which the defendant is pleading guilty:

### CASH PROCEEDS

U.S. Currency in the amount of $4 million, in that such sum in aggregate was received in exchange for the distribution of controlled substances or is traceable thereto.

A forfeiture judgment is entered in favor of the United States and against Defendant Ralph C. Solis in the amount of $4 million. Said judgment may be enforced as an ordinary monetary judgment, by the forfeiture of substitute assets, or by a combination of both, as long as double recovery is not obtained by the government.

In that the forfeiture consists of a money judgment, it is not necessary for the United States to publish or provide notice or for the Court to conduct eventually an ancillary hearing.

**IT IS SO ORDERED.**

DATE: 11 July 2005

WILLIAM D. STIEHL, Judge
United States District Court